**Marta Concepcion ORTIZ–CANAS, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–70606.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 22, 2010.

Martin Avila Robles, Immigration Practice Group a Professional Corporation, San Francisco, CA, for Petitioner.

*See* Fed. R.App. P. 34(a)(2).

Oil, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, D.C., Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Marta Concepcion Ortiz–Canas, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because although the record evidence indicates that widespread gang violence exists in El Salvador, Ortiz–Canas failed to establish that it is more likely than not that she would be tortured by the government or with the government's acquiescence. *See id.* at 1073.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publi-·cation and is not precedent except as provided by 9th Cir. R. 36–3.